# COURT REPORTER'S REQUEST FOR EXTENSION OF TIME

THIS RECORD IS DUE ON January 12, 2015

THIS RECORD WAS ORIGINALLY DUE ON December 11, 2014

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/9/2015 5:21:23 AM
DEBBIE AUTREY
Clerk

I AM REQUESTING 30 DAYS

THIS RECORD IS APPROXIMATELY 250 PAGES LONG

IS THIS APPEAL ACCELERATED? ___YES __X__NO

**SIXTH COURT OF APPEALS CAUSE NO.  06-14-00192-CR**

**STYLE OF CASE: Reginald Reece v. The State of Texas**

**TRIAL COURT 202nd Judicial District**

**TRIAL COURT CAUSE NO. 11F0746-202**

I am responsible for preparing a record in this appeal, but am unable to file the record by the original due date for the following reason(s):  (Check all that apply – attach additional pages if necessary.)

☐ To the best of my knowledge, the Appellant has made no claim of indigence, or has been found to be not indigent, and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

X My duties listed below preclude working on this record:
Working on reporter's record in Bonner v. Joyce, No. 11C0822-202, filed January 5, 2015, and regular court schedule.

Other (explain):

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial court's judgment or order being appealed.  I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.


January 5, 2015                                    /s/ Camille C. Warren
Date                                               Signature


(903) 798-3041                                     Camille C. Warren
Office Phone Number                                Printed Name


camillewarren@cableone.net                         Official Reporter, 202nd Judicial District
E-mail address (if available)                      Official Title


The following parties have been served with a copy of this document via email:
(Information may be either printed or typed.)

**Lead Counsel for Appellant(s):**          **Lead Counsel for Appellee(s):**

Name: Alwin A. Smith                        Name: Lauren Sutton

Address:  602 Pine Street                   Address: 601 Main

Texarkana, TX  75501                        Texarkana, TX 75501

Phone No.  (903) 792-1608                   Phone No.  (903) 735-4800

Email:  al@alwinsmith.com                   Email: lauren.sutton@txkusa.org

Attorney for:  Reginald Reece               Attorney for:  The State of Texas